UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVE ALAN MAHONEY,<br><br>                Plaintiff,<br>  v.<br><br>KITSAP COUNTY JAIL, DR. JOHNSON, DR. LUCE, B. JEUUK (GRIEVANCE COORDINATOR),<br><br>                Defendants. | No. C10-5140 RBL/KLS<br><br>ORDER RE-NOTING DEFENDANT MOTION TO DISMISS OF DEFENDANT KITSAP COUNTY JAIL |

Before the court is the motion to dismiss of Defendant Kitsap County Jail. Dkt. 18. Plaintiff claims that he never received a copy of this motion.

According, it is **ORDERED:**

(1) The Clerk of the Court is directed to send Plaintiff a copy of Defendant Kitsap County Jail's motion to dismiss (Dkt. 18) and to **re-note** the motion for hearing for **September 24, 2010.** Plaintiff shall file his response to the motion **on or before September 20, 2010;** Defendants may file a reply **on or before September 24, 2010.**

**DATED** this 30th day of August, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1