UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVE ALAN MAHONEY,

                Plaintiff,

    v.

KITSAP COUNTY JAIL, DR. JOHNSON, DR. LUCE, and B. JEUUK,

                Defendants.

No. C10-5140 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #49], and the remaining record, does hereby find and **ORDER**:

1)     The Court adopts the Report and Recommendation.

2)     Defendant Arlen Johnson's motion for judgment on the pleadings (Dkt. 19) is **GRANTED.**

3)     Plaintiff's complaint (Dkt. 5) is dismissed with prejudice **as to Defendant Arlen Johnson.**

4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 27th day of December, 2010.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1