UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVE ALAN MAHONEY,

                Plaintiff,

   v.

KITSAP COUNTY JAIL, DR. JOHNSON, DR. LUCE, and B. JEUUK,

                Defendants.

No. C10-5140 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #s 48, 50], and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendant Kitsap County Jail's motion to dismiss (ECF No. 18) is **GRANTED.**

3) Plaintiff's motion to amend (ECF No. 34) is **DENIED.**

4) Plaintiff's complaint (ECF No. 5) is dismissed with prejudice **as to Defendant Kitsap County Jail.**

5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 27th day of December, 2010.

                                          /s/ Ronald B. Leighton
                                          RONALD B. LEIGHTON
                                          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1