HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVE ALAN MAHONEY,

Plaintiff,

v.

KITSAP COUNTY, KITSAP COUNTY
JAIL, DR. LUCE, ARLEN JOHNSON, and
B. JEUUK,

Defendants.
.

Case No. C10-5140RBL

ORDER DENYING MOTION FOR
RECONSIDERATION

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration [Dkt. #54] of the Court's prior Order [Dkt. #51] granting Defendant Arlen Johnson's Motion to Dismiss.  The Court has reviewed the motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier.  Local Rule 7(h).  This standard has not been met in this case, and the Court will not Reconsider its prior ruling.

It is therefore ORDERED that Plaintiff's Motion for Reconsideration [Dkt. #54] is **DENIED**.

Dated this 18th day of January, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE