# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVE ALAN MAHONEY,

JUDGMENT IN A CIVIL CASE

v.

No. C10-5140 RBL/KLS

KITSAP COUNTY JAIL, DR.
JOHNSON, DR. LUCE, and B. JEUUK,

_____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1)    The Court adopts the Report and Recommendation.

2)    Plaintiff's claims against Defendants Dr. Luce and B. Jeuuk are dismissed without prejudice for lack of personal jurisdiction.

_____March 15, 2011_____          _____WILLIAM M. McCOOL_____
Date                                   Clerk

_s/ Mary Trent_____
Deputy Clerk