UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STEVE ALAN MAHONEY, | |
|---|---|
| Plaintiff, | No. C10-5140 RBL/KLS |
| v. | AMENDED ORDER DENYING MOTION TO ACCEPT WAIVER OF SERVICE |
| KITSAP COUNTY JAIL, DR. JOHNSON, DR. LUCE, and B. JEUUK, | |
| Defendants. | |

This case is closed. Plaintiff's claims against the Kitsap County Jail and Dr. Johnson were dismissed with prejudice. ECF Nos. 51 and 52. Plaintiff's claims against Dr. Luce and B. Jeuuk were dismissed without prejudice for lack of personal jurisdiction ECF No. 63. Judgment was entered on March 15, 2011. ECF No. 66. Plaintiff has appealed this case to the Ninth Circuit. ECF No. 60 (Notice of Appeal # 11-35169).

Although he was given ample notice and opportunities to provide service addresses for Dr. Luce and B. Jeuuk, Plaintiff failed to do so. *See,* ECF Nos. 53 and 59. In his present filing entitled "motion to accept waiver of service," he similarly provides no service addresses for these defendants. ECF No. 65. As this case is now closed, Plaintiff should no longer file pleadings in this case. Because his claims against Dr. Luce and B. Jeuuk were dismissed without prejudice, however, he is not precluded from pursuing a new lawsuit against them. However,

ORDER - 1

Plaintiff is cautioned that he will still be required to provide service addresses for the defendants. As Plaintiff was previously advised, service of the summons and complaint must be made upon a defendant within 120 days after filing of the complaint.  Fed. R. Civ. P. 4(m).   Unless the plaintiff can show good cause for his failure to serve, the court shall dismiss the action without prejudice as to that defendant or shall extend the time for service.  Fed.R.Civ.P. 4(m).   Even if Plaintiff is proceeding *in forma pauperis*, he must supply the information necessary to identify the defendants to be served.  See *Walker v. Sumner*, 14 F.3d at 1415.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion (ECF No. 65) is **DENIED.**  Plaintiff shall no longer file pleadings or motions in this case.

**DATED** this  31st  day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2